## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACTELION PHARMACEUTICALS US, INC., ACTELION PHARMACEUTICALS LTD and NIPPON SHINYAKU CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED and ALEMBIC PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-383-GBW |

**CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION**

Plaintiffs Actelion Pharmaceuticals US, Inc. ("Actelion Inc.") and Actelion Pharmaceuticals Ltd ("Actelion Ltd") (together, "Actelion") and Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku") (collectively, "Plaintiffs") and Defendants Alembic Pharmaceuticals Limited ("Alembic Ltd.") and Alembic Pharmaceuticals, Inc. ("Alembic Inc.") (collectively, "Defendants" or "Alembic") (collectively, the "Parties"), by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and injunction in this action as follows:

IT IS, this 5th day of July, 2023

HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this action only, this Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the Parties.

2. As used in this Consent Judgment and Order of Permanent Injunction, (i) the term "the '302 Patent" means U.S. Patent No. 7,205,302, which Alembic agrees is valid and

enforceable, (ii) the term "Alembic's ANDA Products" means the products described in Abbreviated New Drug Application ("ANDA") No. 214414 ("Alembic's ANDA"), namely 0.2 mg, 0.4 mg, 0.6 mg, 0.8 mg, 1.4 mg, and 1.6 mg selexipag tablets as a generic version of Uptravi tablets as existing on the date of entry of this Consent Judgment, and as amended or supplemented from time to time in the ordinary course of business, (iii) the term "Affiliate" shall mean any entity controlling, controlled by, or under common control with a Party, but only as long as such control continues, where "control" means: (1) the ownership of at least fifty percent (50%) of the equity or beneficial interest of such entity, or the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (2) the power to directly, or indirectly direct or cause the direction of the management and policies of such entity by any means whatsoever.

3. Unless otherwise authorized by Plaintiffs, Alembic, including any of its successors and assigns, is enjoined from making, using, selling or offering to sell in, or importing into, the United States Alembic's ANDA Products, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Alembic or its Affiliates, through and until after the later of (a) October 31, 2026, or (b) the last day of any period of pediatric exclusivity that is or may become associated with the '302 Patent.

4. The Parties agree that jurisdiction and venue for an action to enforce performance under this Consent Judgment and Order of Permanent Injunction, including for a preliminary injunction against the breaching conduct, exists in this District Court, and the Parties hereby waive any and all defenses based on personal jurisdiction and venue.

5. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and Order of Permanent Injunction.

6. The Complaint and all remaining claims, counterclaims, or affirmative defenses in the above action are dismissed without prejudice and without costs, disbursements, or attorney fees to any party.

**IT IS SO STIPULATED:**

By:

/s/ *Steven J. Balick*
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Of Counsel*:

Preston K. Ratliff II
Bruce M. Wexler
Sarah Spencer
Jessica Stauring
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals US, Inc.,*
*Actelion Pharmaceuticals Ltd and*
*Nippon Shinyaku Co., Ltd.*

By:

/s/ *Anne Shea Gaza*
Anne Shea Gaza (#4093)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com

*Of Counsel:*

Dennies Varughese
Sarah Leesman,
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendants*
*Alembic Pharmaceuticals Limited and*
*Alembic Pharmaceuticals, Inc.*

**SO ORDERED:**

This 5th day of July, 2023.

_____
HONORABLE UNITED STATES DISTRICT JUDGE